916

No. 78–1545.   ZIPES ET AL. v. TRANS WORLD AIRLINES, INC.; and

No. 78–1549.   TRANS WORLD AIRLINES, INC. v. ZIPES ET AL. C. A. 7th Cir.   Joint motions to defer consideration of petitions for writs of certiorari granted.   MR. JUSTICE STEVENS took no part in the consideration or decision of these motions.

No. 78–6407.   FAGAN v. ROMERO, WARDEN.   Motion for leave to file petition for writ of habeas corpus denied.

No. 78–1548.   CALIFORNIA BREWERS ASSN. ET AL. v. BRYANT ET AL.   C. A. 9th Cir.   Certiorari granted.   MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 78–6020.   BUSIC v. UNITED STATES; and

No. 78–6029.   LaROCCA v. UNITED STATES.   C. A. 3d Cir. Motions of petitioners for leave to proceed in forma pauperis and certiorari granted.   Cases consolidated and a total of one and one-half hours allotted for oral argument.

No. 78–1249.   BORING v. MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.

No. 78–1325.   TYLER v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 78–1372.   ARAMBASICH v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 78–1383.   WEDELSTEDT v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.